**Not for Publication in West's Federal Reporter**
**Citation Limited Pursuant to 1st Cir. Loc. R. 32.3**

# United States Court of Appeals
## For the First Circuit

---

No. 03-1456

MARC RICHARD ADAMS,

Plaintiff, Appellant,

v.

COMMISSIONER, NEW HAMPSHIRE
DEPARTMENT OF CORRECTIONS, ET AL.,

Defendants, Appellees.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

[Hon. Paul J. Barbadoro, U.S. District Judge]

---

Before

Torruella, Selya and Lipez,
Circuit Judges.

---

Marc Richard Adams on brief pro se.
Peter W. Heed, Attorney General and Nancy J. Smith, Senior
Assistant Attorney General, on brief for appellees.

---

November 17, 2003

---

**Per Curiam**.  Pro se inmate Marc Adams appeals the district court's dismissal of his civil rights complaint for failure to exhaust administrative remedies, as required by the Prisoner Litigation Reform Act ("PLRA"), 42 U.S.C § 1997e(a).  We have reviewed the record and the parties' submissions and conclude that, contrary to appellant's contentions, the district court applied the proper standards of law and correctly concluded that appellant had failed to exhaust his PLRA remedies.  To the extent appellant argues that defendants waived or should have been estopped from asserting the failure-to-exhaust defense, his arguments are legally and factually unfounded.

Affirmed.  See Loc. R. 27(c).